IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZENA ASSOCIATES, LLC<br>Plaintiff,<br><br>v.<br><br>ANDREW C. ABRAMS ET AL.,<br><br>Defendants. | CIVIL ACTION<br><br>NO. 10-4955 |

FILED
MAR 18 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

**AND NOW**, this ____ day of March, 2011, upon consideration of Defendants Specma Wiro AB and Specma Hydraulic AB's Motion To Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(2)-(3) and Due To Lack of Personal Jurisdiction and Improper Venue (Doc. 17) and Plaintiff's Response in Opposition thereto For Leave to Reply (Doc.27), **IT IS HEREBY ORDERED and DECREED** that the Motion is **DENIED**.

BY THE COURT:

_____
Hon. Petrese B. Tucker, U.S.D.J.

-1-